| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Anderson, Jr., Joseph F. | 2. Court or Organization<br><br>United States District Court - District of South Carolina | 3. Date of Report<br><br>5/8/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>901 Richland Street<br>Columbia, SC 29201 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, President's Advisory Board | Clemson University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 5/8/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Charleston School of Law - adjunct instructor pay | $10,000.00 |
| 2. 2011 | SC Bar - net book royalty | $111.00 |
| 3. 2011 | National Institute of Trial Advocacy - net book royalty | $443.00 |
| 4. 2011 | USC School of Law - adjunct instructor pay | $10,749.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Bar | 1/21/11-1/22/11 | Hilton Head, SC | SC Bar Convention | Lodging |
| 2. | Charleston School of Law | 5/16/2011-5/27/2011 | Charleston, SC | Teach Trial/Evidence Class | Lodging/Travel |
| 3. | SC Assn. for Justice | 8/6/2011-8/2/2011 | Hilton Head, SC | Annual Convention | Lodging |
| 4. | SC Assn. for Justice | 12/1/2011-12/3/2011 | Atlanta, GA | Speaker at Annual CLE Program | Lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 5/8/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 5/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MFS Municipal Income Trust | A | Dividend | J | T | | | | | |
| 2. Mutual Fund -Invesco Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 3. Mutual Fund - Invesco Global Growth Fund | A | Dividend | J | T | | | | | |
| 4. Checking Account | A | Interest | K | T | | | | | |
| 5. US Savings Bond (Series I) | C | Interest | K | T | | | | | |
| 6. Mutual Fund - Vanguard LT Treasury Fund | A | Dividend | K | T | | | | | |
| 7. Mutual Fund - Vanguard Precious Metals & Mining | A | Dividend | K | T | | | | | |
| 8. Stock - Gilead Sciences | A | Dividend | J | T | | | | | |
| 9. Money Market Account - Merrill Lynch Wealth Mgmt. | A | Interest | J | T | | | | | |
| 10. Mutual Fund - Vanguard Wellington | B | Dividend | L | T | | | | | |
| 11. Stock - Johnson&Johnson | A | Dividend | J | T | | | | | |
| 12. Cert. of Deposit - Branch Bank & Trust | A | Interest | J | T | | | | | |
| 13. Cert. of Deposit - Branch Bank & Trust | A | Interest | J | T | | | | | |
| 14. Mutual Fund - Vanguard Global Equity | A | Dividend | J | T | | | | | |
| 15. Mutual Fund - Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 16. Mutual Fund - Vanguard GNMA Fund | B | Dividend | K | T | | | | | |
| 17. Energy Enterprise Partners - Ltd. Pship Interest | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 5/8/2012 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Energy Transfer Equity - Ltd. Pship Interest | B | Dividend | J | T | | | | | |
| 19. Kinder Morgan Energy Partners - Ltd. Pship Interest | B | Dividend | J | T | | | | | |
| 20. Plains All American Pipeline - Ltd. Pship Interest | B | Dividend | J | T | | | | | |
| 21. Standard and Poors Deposit Receipt for Gold | B | Dividend | J | T | | | | | |
| 22. Rental Property in Clemson, SC - 7/23/11 for $46,000 | | None | K | R | Buy | 07/23/11 | K | | Murray Hughes, Mstr Equity |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 5/8/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Described in prospectus as a "closed-end, non-diversified investment company that seeks to provide current income exempt from federal income taxes." The Trustee is Massachusetts Financial Company.

2. Pacific Growth Fund; Jersey City, NJ

3. Dividend Growth Securities; Jersey City, NJ (Note: Invesco Global Growth Fund is the same investment I have owned for approximately 20 years and was formerly known as the Invesco Dividend Growth Fund. I do not know why the name of the fund was changed in 2011).

4. Branch Bank & Trust Co.; Columbia, SC

5. Brank Bank & Trust Co.; Columbia, SC

6. Vanguard Long Term Treasury Fund; Philadelphia, PA

7. Vanguard Precious Metals & Mining Fund; Philadelphia, PA

8. Gilead Sciences (stock)

9. Merrill Lynch Wealth Mgmt. (formerly Bank of America Cash Reserves); Columbia, SC.

10. Vanguard Wellington Fund; Philadelphia, PA

11. Johnson & Johnson (stock)

12. Branch Bank & Trust; Columbia, SC

13. Branch Bank & Trust; Columbia, SC

14. Vanguard Global Equity Fund; Philadelphia, PA

15. Vanguard Energy Fund; Philadelphia, PA

16. Vanguard GNMA Fund; Philadelphia, PA

17. Energy Enterprise Partners; Houston, TX

18. Energy Transfer Equity; Dallas, TX

19. Kinder Morgan Energy Partners; Houston, TX

20. Plains All American Pipeline; Houston, TX

21. Standard and Poors Deposit Receipt; NY Exchange Traded Fund

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 5/8/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Joseph F. Anderson, Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544